(No. 5363.   July 26, 1929.)

I. A. GOODWIN, Respondent, v. L. W. PRICE, Appellant.

[279 Pac. 1094.]

James F. Ailshie, Peter Johnson and W. B. McFarland, for Appellant.

Myrvin Davis, for Respondent.

T. BAILEY LEE, J.—This case is controlled by the principles set out in the companion case of *W. C. Spence v. L. W. Price, ante,* p. 121, 279 Pac. 1092.

Judgment affirmed   Costs to respondent.

Budge, C. J., and Givens, Wm. E. Lee and Varian, JJ., concur.

Petition for rehearing denied.